██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE M. DILLENBURG, Appellant. 

 Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.

██ In the Matter of ROBERT BILLINGS, Appellant. 
 Memorandum: The recommitment order at issue on this appeal expired, by its own terms, six months from the date of the order (Feb. 24, 1982). Thus the appeal must be dismissed as moot (*People v Flockhart,* 96 AD2d 843; *Matter of Buthy,* 90 AD2d 689, *lv denied* 58 NY2d 605). (Appeal from order of Niagara County Court, Hannigan, J. — CPL 330.20.) Present — Hancock, Jr., J. P., Callahan, Boomer, Green and Schnepp, JJ.